# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| JOE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYMENT BACKGROUND INVESTIGATIONS, LLC,<br><br>Defendant. | Civil Action No 1:22-cv-03143-JMC<br><br>Hon. J. Mark Coulson, M.J.<br><br>Class Action |

**JOINT MOTION TO MODIFY THE PRELIMINARY APPROVAL ORDER**

COMES NOW, Defendant, Employment Background Investigations, LLC ("EBI"), and Plaintiff, Joe Martinez, by and through their respective counsel, and files a Joint Motion to Modify the Preliminary Approval Order, stating as follows:

1. On April 12, 2024, Plaintiff filed a Consent Motion for Preliminary Approval of the Class Action Settlement. Dkt. 40 & 41.

2. A settlement agreement and proposed notices were appended to the Memorandum of Law in Support of the Consent Motion for Preliminary Approval, as Exhibit 3, 3A and 3B. Dkt. 41.

3. In the Consent Motion for Preliminary Approval of the Class, the parties identified 824 individuals in the "auto-pay" class.

4. On April 22, 2024, the Court issued an order approving the Consent Motion for Preliminary Approval of the Class. Dkt. 45.

5. In preparing the "auto-pay" class list for production to the settlement administrator and class counsel, EBI discovered that the number of "auto-pay" class members, 824 individuals, contained duplicates based on social security and account number matches.

6. It was established that the "auto-pay" class consisted of 393 individuals, not 824 individuals.

7. Counsel for EBI conferred with Class Counsel regarding this correction and reached an agreement to shift the auto-payment amounts for the duplicates to the claims-made fund.

8. The parties have executed a modified Class Settlement Agreement and the class notices to accurately reflect the reduction of the number of individuals in the "auto-pay" class. See the Revised Settlement Agreement, appended to this Motion as Exhibit 1.

9. This modification does not alter the total available amount for the class fund, but shifts a portion of the auto-pay fund to the claims-made class fund.

Wherefore, the parties respectfully request that this Court preliminarily approve the modification to the class settlement.

Dated: July 1, 2024                     Respectfully submitted,

| | |
|---|---|
| CONSUMER LITIGATION ASSOCIATES | GORDON REES SCULLY & MANSUKHANI |
| /s/Craig C. Marchiando | |
| Craig C. Marchiando | By: /s/ Andrew M. Schwartz |
| 763 J. Clyde Morris Blvd, Ste. 1A | Andrew M. Schwartz |
| Newport News, VA 23601 | Admitted Pro Hac Vice |
| T: 757-930-3660 | Three Logan Square |
| craig@clalegal.com | 1717 Arch Street, Suite 610 |
| | Philadelphia, PA 19103 |
| | ☎ (215) 717-4023 |
| | 🖨 (215) 693-6650 |
| Octavio Gomez | ✉ Amschwartz@grsm.com |
| The Consumer Lawyers, PLLC | |

412 E. Madison St., Suite 916
Tampa, FL 33602
T: 813-299-8537
tav@theconsumerlawyers.com

Attorneys for Plaintiff and the Classes

Jonathan Anthony Barnes
Bar No. 19384
1101 King St., Suite 520
Alexandria, VA 22314
Email: jbarnes@grsm.com

Attorneys for Defendant Employment Background Investigations, LLC