# EXHIBIT A

Case 1:22-cv-03143-JMC Document 52 Filed 07/10/24 Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

**JOE MARTINEZ**, *individually and on behalf of all others similarly situated*,

    **Plaintiff,**

v.                                                                                 Civil Action No. 1:22-cv-3143

**EMPLOYMENT BACKGROUND INVESTIGATIONS, LLC,**

    **Defendant.**

_____/

## [PROPOSED] ORDER AMENDING ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The Court has reviewed the joint submission by Plaintiff Joe Martinez, individually and on behalf of all Settlement Class Members, by Counsel, relating to amendments to the Parties' class action settlement to address issues that arose during the process of gathering class-member information and preparing to notify Settlement Class Members of the particulars of the proposed Settlement. (ECF 48.)

The Court hereby approves the proposed modifications to the Settlement, and makes the following amendments to its Order Granting Preliminary Approval of Class Action Settlement (ECF 45):

15.  Any request for exclusion or to opt out must be in writing and mailed to the Administrator, postmarked no later than _____ [forty-five (45) calendar days before the Final Fairness Hearing] (the "Opt-Out Deadline"). The date of the postmark on the return mailing envelope shall be the exclusive means used to determine whether a request for exclusion has been timely submitted. The Court retains jurisdiction to resolve any disputed exclusion requests.

18. Any Settlement Class Member who does not opt out of the Settlement and intends to object to any aspect of the proposed Settlement or request for reimbursement of attorneys' fees and costs, must file a written objection signed by the Settlement Class Member with the Court no later than _____ [forty-five (45) calendar days before the Final Fairness Hearing] (the "Objection Deadline"). For an objection to be considered by the Court, the objection must also set forth and include the following:

a) The case name and number of the Lawsuit;

b) The name, address, and telephone number of the objecting Class Member;

c) If the objecting Class Member is represented by an attorney, or received assistance from an attorney in drafting his or her objection, the name, address, and telephone number of the attorney;

d) A statement of whether the objection applies only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class;

e) A statement of the specific grounds for the objection;

f) A statement of whether the objecting Class Member intends to appear at the Final Approval Hearing, and if so, whether personally or through counsel; and

g) If an objecting Class Member is represented by counsel and such counsel intends to speak at the Final Approval Hearing, the written objection must include the identity of witnesses whom the objecting Settlement Class Member intends to call to testify at the Final Approval Hearing and a detailed description of any evidence the objecting Class Member may offer at the Final Approval Hearing, as well as copies of any exhibits the objecting Settlement Class Member may introduce at the Final Approval Hearing.

22. A Final Fairness Hearing shall be held on _____ at _____ [100 days after the date this Order is signed, to allow for reissuing of Class Action Fairness Act notice] before this Court in the Federal Courthouse, 101 West Lombard Street Baltimore, MD 21201. At the Final Fairness Hearing, the Court will: (1) determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate; (2) determine whether a final judgment should be entered dismissing the claims of the Settlement Classes with prejudice, as required by the Settlement Agreement; (3) rule on any objections to the Settlement Agreement; (4) rule on the validity of any opt-out requests; (5) determine whether Class Counsel's requested attorneys' fees should be approved; and (6) rule on such matters as the Court may deem appropriate. The date of the Final Fairness Hearing may be continued by the Court from time to time without further notice to the Settlement Classes.

The remaining provisions of the Court's Order shall remain in place and in full effect.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____

J. Mark Coulson
United States Magistrate Judge
Dated: _____, 2024