UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

**JOE MARTINEZ,** *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.                                                Civil Action No. 1:22-cv-3143

**EMPLOYMENT BACKGROUND INVESTIGATIONS, LLC,**

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF
ATTORNEYS' FEES AND COSTS, AND DISMISSAL OF CLAIMS WITH PREJUDICE**

      Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Joe Martinez, individually and on behalf of all Settlement Class Members, by Counsel, moves the Court for Final Approval of the Class Settlement, Award of Attorneys' Fees and Costs, and Dismissal of Claims with Prejudice. For the reasons discussed in the accompanying Memorandum of Law, the Court should grant the Motion.

                                                      Respectfully submitted,

                                                      **JOE MARTINEZ,**

                                                      By:   */s/ Tara Keller*
                                                      Craig C. Marchiando VSB #89736
                                                      Tara B. Keller, Bar ID 22303
                                                      **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                      763 J. Clyde Morris Blvd., Suite 1-A
                                                      Newport News, VA 23601
                                                      Telephone: (757) 930-3660
                                                      Facsimile: (757) 930-3662
                                                      Email: craig@clalegal.com
                                                      Email: tara@clalegal.com
                                                      *Counsel for Plaintiff and the Classes*